Mark F. Anderson (SBN 44787)
ANDERSON CONSUMER LAW
4104 24th Street, No. 1005
San Francisco, California 94114
Telephone: (415) 321-9655
Email: mark@andersonconsumerlaw.com

Attorney for Plaintiff Yanichel Castillo Morales

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*
*5/19/2021*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANICHEL CASTILLO MORALES,<br><br>        Plaintiff,<br><br>    v.<br><br>MONEYLION, INC. and<br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>        Defendants. | Case No. 3:21-cv-01136 YGR<br><br>STIPULATION FOR DISMISSAL OF ENTIRE ACTION |

      IT IS HEREBY STIPULATED by and between counsel for plaintiff Yanichel Castillo Morales and counsel for the remaining defendant Equifax Information Services LLC that this entire action may be dismissed with prejudice pursuant to Rule 41a(1)(ii) of the Federal Rules of Civil Procedure.

Dated: April 26, 2021.

*/s/ Mark F. Anderson*
Mark F. Anderson
ANDERSON CONSUMER LAW
4014 24th Street, No. 1005
San Francisco, CA 94114
Ph: (415) 321-9655
mark@andersonconsumerlaw.com         Attorney for Plaintiff

//

**STIPULATION FOR DISMISSAL—CASTILLO MORALES V MONEYLION, INC., NO 3:21-CV-01136 YGR**

| | |
|---|---|
| /s/ *Thomas P. Quinn, Jr.*<br>NOKES & QUINN APC<br>410 Broadway, Suite 200<br>Laguna Beach, CA 92651<br>Ph: (949) 376-3500<br>tquinn@nokesquinn.com | Attorney for Defendant Equifax Information Services, LLC |

**FILER ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I, Mark F. Anderson attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: April 26, 2021.

/s/ *Mark F. Anderson*

**STIPULATION FOR DISMISSAL—CASTILLO MORALES V MONEYLION, INC., NO 3:21-CV-01136 YGR**